**Opinion issued May 16, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

---

**NO. 01-12-01014-CV**
**NO. 01-12-01030-CV**

---

**MARK ROSETTA, Appellant**

**V.**

**GARZA PROPERTIES LLC, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2009-72907A & 2009-72907B**

---

## MEMORANDUM OPINION

Appellant Mark Rosetta has failed to timely file a brief.  *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief).  After being notified that these appeals were subject to dismissal, appellant did not respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeals for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.